## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:11CR114** |
| vs. | ) | |
| | ) | **ORDER** |
| **ALLAN ROUSTAND-ROLON,** | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

This matter is before the court on defendant's MOTION FOR EXTENSION OF BRIEF DATE [47]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 14-day extension. Pretrial Motions shall be filed by May 26, 2011.

**IT IS ORDERED:**

1. Defendant's MOTION FOR EXTENSION OF BRIEF DATE [47] is granted. Pretrial motions shall be filed on or before **May 26, 2011.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between May 12, 2011 and May 26, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED this 16th day of May, 2011.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**